**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA**

| | |
|---|---|
| Aracely Pacheco Moran, | Case No. 2:20-cv-01292-KJD-VCF |
| Plaintiff, | |
| v. | |
| CHAD WOLF, et al., | |
| Defendants. | |

**ORDER**

This matter is before the court on "Plaintiff's Unopposed Motion for an Extension of Time" to respond to Defendants' Motion to Dismiss, filed December 10, 2020.

In her Motion, Plaintiff requests a thirty-day extension of time. For good cause appearing, the Court concludes that staying all proceedings is appropriate. Accordingly, it is

**ORDERED** that "Plaintiff's Unopposed Motion for an Extension of Time" is **GRANTED**.

DATED:   12/15/2020         IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE