NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Aracely Pacheco Moran, | Case No. 2:20-cv-01292-KJD-VCF |
| Plaintiff, | |
| v. | **Stipulation and Order for Extension of Time** |
| CHAD WOLF, Acting Secretary of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; Sandra Anderson, Department of Homeland Security, Office of Chief Counsel; MAYA S. TIMIS; NICOLE WELLS, OFFICER ZHOU, OFFICER CANTRELL, UNKNOWN DOES DEFENDANTS 1-99, | **(First Request)** |
| Defendants. | |

Defendants Chad Wolf, Acting Secretary of Homeland Security; Matthew T.

Albence, Deputy Director and Senior Official Performing the Duties of the Director for U.S.

Immigration and Customs Enforcement; Kenneth T. Cuccinelli, Senior Official Performing

the Duties of the Director, U.S. Citizenship and Immigration Services; Sandra Anderson,

1

1   Department of Homeland Security, Office of Chief Counsel; Maya S. Timis; Nicole Wells[1];

2   "Officer Zhou"; and "Officer Cantrell" (Defendants") and Plaintiff Aracely Pacheco Moran

3   ("Plaintiff") hereby stipulate and agree that Defendants may have a 30-day extension of

4   time, from December 31, 2020 to February 1, 2021, to reply to Plaintiff's Opposition to

5   Defendants' Motion to Dismiss Plaintiff's. (ECF No. 26). This motion is brought pursuant

6   to Federal Rule of Civil Procedure 6(b)(1)(A).

7        An extension is warranted because defense counsel's office is currently short-staffed,

8   and the limited staff that is available works part-time from home where computer

9   connectivity issues are prevalent. The office also has been inundated with emergency

10  COVID-19-related motions, and defense counsel is assisting with responding to that

11  litigation. The deadlines in those cases are usually shortened and require prompt action. As

12  a result, defense counsel has had less time to devote to her regularly-assigned cases. Lastly,

13  defense counsel's daughter and son-in-law, who are nurses, recently contracted COVID-19

14  following an outbreak at the hospital where they work. They in turn passed the virus on to

15  their 17-month old daughter. Defense counsel has taken time off to assist with their

16  recovery, including running errands, grocery shopping, etc. Under the circumstances, good

17  cause exists to extend the time for Defendants to respond to Plaintiff's Opposition to

18  Defendants' Motion to Dismiss. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must

19  be done within a specified time, the court may, *for good cause*, extend the time…with or

20  without motion or notice if the court acts, or if a request is made, before the original time

21  or its extension expires[.]") (emphasis added).

22       This is Defendants' first request for an extension of time. *See* LR IA 6-1(a) (must

23  advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this

24  ///

25  ///

26

27  [1] The amended complaint identifies "Nichole Wells" (ECF No. 10 ¶ 12), but the correct
    spelling of her name is *Nicole* Wells.

28

1  extension request, and he has advised that he does not oppose the request. This stipulation

2  is made in good faith and not for the purpose of undue delay.

3      Respectfully submitted this 29th day of December 2020.

4  MILLENIUM LEGAL LLC                    NICHOLAS A. TRUTANICH
                                          United States Attorney
5
   /s/ Brian J. Ramsey                    /s/ Holly A. Vance
6  BRIAN J. RAMSEY, ESQ.                  HOLLY A. VANCE
   *Attorney for Plaintiff*               Assistant United States Attorney
7                                         *Attorneys for Defendants*

8

9  **DATED:** ___1/8/2021___              **IT IS SO ORDERED:**

10

11                                        _____
                                          **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3